United States District Court
Southern District of Texas
**ENTERED**
December 21, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| UNITED STATES OF AMERICA § § § versus § § ROBERT ZUBIATE § § | 4:17CR00591-001 |

## ORDER RESETTING SENTENCING

At the request of the probation office, the sentencing of the defendant is reset:

1. The presentence investigation report will be available to the defendant on March 8, 2018.

2. Counsel will file objections or a statement within fourteen days after disclosure due on March 22, 2018.

3. The final copy of the PSR will be filed with the Court 7 days prior to sentencing.

4. The sentencing will be held on April 12, 2018 at 1:45 p.m.

Signed Dec 21, 2017, at Houston, Texas.

David Hittner
United States District Judge

Copy: U.S. Probation Officer Jesus Garcia