United States District Court
Southern District of Texas
**ENTERED**
September 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § | C.R. ACTION NO. 4:17-591 (01) |
| Robert Zubiate, | § § § § | |

## ORDER

Pending before the Court is the Unopposed Motion to Continue Sentencing (Document # 34). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion to Continue Sentencing (Document # 34) is DENIED.

Signed the __11__ day of September, 2018.

DAVID HITTNER
United States District Judge