JUDGE_____ DAVID HITTNER _____
CASE MANAGER  ELLEN ALEXANDER_____ RPTR/~~TAPE~~ Fred Warner_____
USPO Jesus Garcia_____ INTERPRETER N/A_____

TIME ____|____ A.M.   3:05 | 3:30 P.M.   DATE 9/28/18
       begin  end          begin  end

CR. NO. 4:17-591_____   DEFT. NO. 01____

UNITED STATES OF AMERICA   §   Dennis Kihm + Suzanne  AUSA
VS.                        §         Elmilady
                           §
Robert Zubiate_____   §   Alan Eisner      (R)  ☐ CJA

## SENTENCING

☑ ksen.   Sentencing held. ☑ Guilty plea ☐ Guilty verdict on 11-6-17, Cts. 1

☐ ksen.   Sentencing held **with contested issues**.

☑ . . .   SENTENCE: Custody of the Bureau of Prisons for a term of 30 months. Supervised Release for a term of 3 years. Fine in the amount of $50,000.00

          Objections are overruled + the PSR + all addendums are adopted by the Court.
          ~~$50~~ special assessment on Counts 1_____
          $100.00
☐ . . .   **Time to serve.**

☐ kdismcntgv.   Counts _____ dismissed on government's motion.

☐ kosurr.       Deft ordered to surrender to U.S. Marshal on _____.

☑ . . .         Deft ordered to surrender to institution when designated. not earlier than 60 days from this date.

☐ kcphrg.       Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

☐ kjytrl.       Jury trial set for _____ at _____.

☐ ko.(bnd.).    Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ . . .         Deft failed to appear, bench warrant to issue.

☑ . . .         Deft bond ☑ continued ☐ forfeited.

☐ . . .         Deft remanded to custody.

☑ . . .         Terminate other settings for this deft.   ☑ Terminate motions for this deft.
                OTHER PROCEEDINGS: _____

Copy to:   USPO